BEFORE THE SECOND DIVISION, SEPTEMBER 27, 1949

No. 53592.—Oxford University Press, N. Y., Inc. v. United States, protest 148024–K (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of books of *bona fide* foreign authorship similar in all material respects (except title in some instances) to the books which were the subject of *Oxford University Press, N. Y., Inc.* v. *United States* (33 C. C. P. A. 11, C. A. D. 309), the claim at 7½ percent under paragraph 1410, as modified by T. D. 49753, was sustained.   Books of *bona fide* foreign authorship stipulated to be composed in chief value of india paper, weighing over 10 pounds and less than 20½ pounds to the ream of 288,000 square inches, similar in all material respects (except title) to the books the subject of *Oxford University Press, New York, Inc.* v. *United States* (9 Cust. Ct. 63, C. D. 663) were held dutiable at 2 cents per pound, plus 10 percent ad valorem, under paragraph 1404, as modified by T. D. 49753.

BEFORE THE FIRST DIVISION, SEPTEMBER 28, 1949

No. 53593.—J. G. Philen, Jr., Company v. United States, petition 6463–R (Laredo).

Opinion by COLE, J.   From the testimony it appeared that the entries in question were made during the war period when working conditions at Brownsville, Tex., were extremely crowded.   This port was handling a great deal of the overflow business from Laredo.   The testimony of the appraiser was corroborative of that offered by petitioner, relating to the attempt to obtain information from the foreign shipper and the pressure of work at Brownsville, causing the failure to amend the entries to meet the value adopted by the customs officials. From the evidence presented it was held that the entry of the merchandise at a less value than that found by the appraiser was without intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise.   The petition was therefore granted.

No. 53594.—W. R. Zanes and Company v. United States, petition 6584–R (Galveston).

Opinion by COLE, J.   When the case was called for hearing it was submitted on the record.   In the absence of any proof to support the allegations contained in the petition, the same was denied.